

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-17-2012

# USA v. Alfredo Gasca-Chavez

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-1952

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"USA v. Alfredo Gasca-Chavez" (2012). *2012 Decisions.* Paper 986.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/986

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1952
_____

UNITED STATES OF AMERICA

v.

ALFREDO GASCA-CHAVEZ,
also known as
ALFREDO NAVARRO

Alfredo Gasca-Chavez,
                                        Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-10-cr-00394-001)
District Judge:  Honorable Lawrence F. Stengel
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
May 15, 2012

Before:  SMITH, FISHER and GARTH, *Circuit Judges*.

(Filed: May 17, 2012)
_____

JUDGMENT ORDER
_____

Alfredo Gasca-Chavez appeals his judgment of conviction and sentence on the

basis that 18 U.S.C. § 922(g)(5) is unconstitutional on its face and/or as applied to the

facts of this case.  Gasca-Chavez concedes that his argument is foreclosed by binding

Third Circuit precedent, and he raises the issue on appeal solely to preserve it for Supreme Court review.

The judgment of the U.S. District Court for the Eastern District of Pennsylvania entered April 1, 2011, is hereby affirmed.

By the Court,

*/s/ D. Michael Fisher*
Circuit Judge

Dated: May 17, 2012

ATTEST:

/s/Marcia M. Waldron,
Clerk

2